1   STROOCK & STROOCK & LAVAN LLP
    JULIA B. STRICKLAND (State Bar No. 083013)
2   LISA M. SIMONETTI (State Bar No. 165996)
    DAVID W. MOON (State Bar No. 197711)
3   GEORGE S. AZADIAN (State Bar No. 253342)
    2029 Century Park East, Suite 1800
4   Los Angeles, CA  90067-3086
    Telephone: 310-556-5800
5   Facsimile: 310-556-5959
    Email: lacalendar@stroock.com
6
    Attorneys for Defendants
7     PAYPAL, INC. and
      EBAY, INC.
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  RONYA OSMAN and BRIAN PATTEE,      )   Case No.  10-cv-02046 PVT
    individually and on behalf of all others )
14  similarly situated,                 )
                                        )   [PROPOSED] ORDER EXTENDING
15              Plaintiffs,             )   TIME FOR DEFENDANTS PAYPAL,
                                        )   INC. AND EBAY, INC. TO RESPOND
16          v.                          )   TO COMPLAINT AND CONTINUING
                                        )   CASE MANAGEMENT CONFERENCE
17  PAYPAL, INC. and E-BAY INC.,        )
                                        )
18              Defendants.             )
                                        )
19                                      )

20

21

22

23

24

25

26

27

28

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (CASE NO. 10-CV-02046 PVT)

LA 51284733v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1

## [PROPOSED] ORDER

2   IT IS HEREBY ORDERED, pursuant to the stipulation between the parties, that

3   Defendants' time to answer or otherwise respond to the Complaint hereby is extended from July

4   14, 2010 to and including August 16, 2010.

5   IT IS FURTHER ORDERED, pursuant to the stipulation between the parties, that the date

6   the currently scheduled for the parties to file a joint case management statement is extended to

7   September 7, 2010, and the Case Management Conference is continued to September 14, 2010

8   at 2:00 p.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

9

10   Dated: _____June 30_____, 2010

11   THE HONORABLE PATRICIA V. TRUMBULL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (CASE NO. 10-CV-02046 PVT)

LA 51284733v1