Eric D. Freed (SBN 162546)
Julie D. Miller (*pro hac* forthcoming)
**FREED & WEISS LLC**
111 West Washington Street, Suite 1331
Chicago, Illinois  60602
Telephone:  (312) 220-0000
Facsimile:   (312) 220-7777
eric@freedweiss.com

MARK N. TODZO (State Bar No. 168389)
ERIC S. SOMERS (State Bar No. 139050)
**LEXINGTON LAW GROUP**
1627 Irving Street
San Francisco, CA 94122
Telephone:  (415) 759-4111
Facsimile:   (415) 759-4112
mtodzo@lexlawgroup.com

Attorneys for Plaintiffs and Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RONYA OSMAN and BRIAN PATTEE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br> vs.<br><br>PAYPAL, INC. and E-BAY INC.,<br><br>　　　　Defendant. | Case No. 10 CV 2046 PVT<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE  OF CIVIL PROCEDURE 41(a)(1)** |

1 | PLEASE TAKE NOTICE that Plaintiffs Ronya Osman and Brian Pattee hereby
2 | voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure
3 | 41(a)(1).  Defendant has not filed an answer or motion for summary judgment and no class has
4 | yet been certified in this matter.  Accordingly, this action may be dismissed without an Order
5 | from the Court pursuant to FRCP 41(a)(1)(A)(i).

Dated: July 15, 2010                              LEXINGTON LAW GROUP


/s/ Mark N. Todzo
MARK N. TODZO

Attorneys for Plaintiffs
Ronya Osman and Brian Pattee

1
NOTICE OF VOLUNTARY DISMISSAL                                                    CASE NO. 10 CV 2046 PVT

## CERTIFICATE OF SERVICE

On June 15, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case files ("ECF") system of the Court. All parties who have consented to electronic service will receive notice of this filing by operation of the ECF system. Any parties who have not consented to electronic service will receive a paper copy of this electronically filed document through the United States Postal Service.

/s/ Mark N. Todzo
Mark N. Todzo (State Bar No. 168389)
LEXINGTON LAW GROUP
1627 Irving Street
San Francisco, CA 94122
Telephone: (415) 759-4111
Facsimile: (415) 759-4112
Email: mtodzo@lexlawgroup.com